No. 1076, Misc. GAMBLE *v.* SACKS, WARDEN.. Supreme Court of Ohio. Certiorari denied.

No. 1078, Misc. JOHNSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1080, Misc. WILLIAMS *v.* TAHASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1081, Misc. HAWKINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Jack Z. Krigel* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1082, Misc. SHANNON *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 1075, Misc. STEVENS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1100, Misc. NOEL *v.* ISBRANDTSEN Co., INC., ET AL. C. A. 4th Cir. Certiorari denied. *Henry E. Howell, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander* and *David L. Rose* for the United States, respondent.

No. 1117, Misc. ODDO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1110, Misc. SHORTER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.